**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TANISIA BOWMAN, on behalf of herself and all other similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-01314 |
| ZERO FLAKES GIVEN, INC., | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS**

Defendant Zero Flakes Given, Inc. ("Zero Flakes"), by its undersigned counsel, respectfully moves this Court pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Plaintiff's Complaint with prejudice and entering judgment in favor of Zero Flakes. In support of this Motion, Zero Flakes submits a memorandum of law herewith.

Dated: June 15, 2026

Respectfully submitted,

*/s/ Joshua Concannon*
Joshua Concannon
Dentons US LLP
233 S Wacker Drive, Suite 5900
Chicago, IL 60606
Tel: (312) 876-8919
joshua.concannon@dentons.com

*Attorney for Defendant Black Forest Decor, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

*/s/ Joshua B. Concannon*
Joshua B. Concannon