| | | |
|---|---|---|
| TANISIA BOWMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zero Flakes Given, Inc.,<br><br>Defendant. | ) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:26-cv-1314<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: June 26, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Michael Ohrenberger**
By: Michael Ohrenberger
4903 Avenue N
Brooklyn NY 11234
O: (844) 731-3343
D: (716)-281-5496
Email: mohrenberger@ealg.law