**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Tanisia Bowman
Plaintiff,
v.
Zero Flakes Given, Inc.
Defendant.

Case No.: 1:26−cv−01314
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 29, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Notice of Voluntary Dismissal with Prejudice and F.R.C.P. Rule 41(a)(1)(A)(i) [19], this case is dismissed with prejudice without costs or disbursements, or attorneys' fees to any party. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.